## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Vasant Thakkar and Prafulla Thakkar<br>Plaintiffs<br>Vs.<br>Station Operators Inc. D/B/A/<br>ExxonMobile Cors, Exxon Mobile Corp. and Kelly Bissias | **FILED: JUNE 10, 2008**<br>**08CV3344**<br>**JUDGE PALLMEYER**<br>**MAGISTRATE JUDGE COX**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Vasant Thakkar and Prafulla Thakkar

| NAME (Type or print) |
|---|
| Jeffery P. Gray |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jeffery P. Gray |

| FIRM |
|---|
| Law Office of Jeffery P. Gray |

| STREET ADDRESS |
|---|
| 27475 Ferry Rd |

| CITY/STATE/ZIP |
|---|
| Warrenville, Illinois 60555 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180257 | 630-717-2761 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐