IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Vasant Thakkar and | ) | |
| Prafulla Thakkar | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | 08 CV 3344 |
| | ) | |
| Station Operators Inc. D/B/A | ) | Judge Pallmeyer |
| ExxonMobile Cors, ExxonMobile | ) | Magistrate Judge Cox |
| Oil Corp. and Kelly Bissias; | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFFS' MOTION TO DISMISS COUNTS IV AND V FROM THE
PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE**

Now come the Plaintiffs Vasant and Prafulla Thakkar by and through their attorney Jeffery P. Gray and moves pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure to dismiss Counts IV and V from the Plaintiffs' Complaint without prejudice.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　Vasant and Prafulla Thakkar

　　　　　　　　　　　　　　　　　　By:  S/Jeffery P. Gray
　　　　　　　　　　　　　　　　　　　　　　Jeffery P. Gray


Jeffery P. Gray #6180257
Attorney for Vasant and Prafulla Thakkar
27475 Ferry Rd.
Warrenvile, Illinois 60555
Tel. 630-717-2761
Fax. 877-700-4899

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Vasant Thakkar and ) | |
| Prafulla Thakkar ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | 08 CV 3344 |
| ) | |
| Station Operators Inc. D/B/A ) | Judge Pallmeyer |
| ExxonMobile Cors, ExxonMobile ) | Magistrate Judge Cox |
| Oil Corp. and Kelly Bissias; ) | |
| ) | |
| Defendants ) | |

**NOTICE OF FILING**

To:  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
     20 South Clark Street 25th Floor
     Chicago, Illinois 60603
     Att: Tracey Truesdale

You are hereby notified that on July 31, 2008 we filed a Motion to Dismiss Counts IV and V of the Plaintiffs' Complaint without prejudice with the Clerk of the United States District Court, Northern District of Illinois, copies of which are attached hereto and hereby served upon you.

Respectfully submitted,

S/Jeffery Gray
Attorney for Plaintiffs

**PROOF OF SERVICE**

**I, certify that on July 31, 2008, I electronically filed Plaintiffs Motion to Dismiss Counts IV and V from the Plaintiffs Complaint without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:**

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C**.

**Vasant and Prafulla Thakkar**

By:   s/Jeffery Gray

Jeffery P. Gray, #6180257
27475 Ferry Road
Warrenville, IL 60555
630-717-2761
Fax 877-700-4899