# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3344 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Vasant Thakkar, et al vs. Station Operators Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to dismiss Counts IV and V from the Plaintiffs' Complaint without prejudice [8] granted.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-03344   Document 9   Filed 08/01/2008   Page 1 of 1

08C3344 Vasant Thakkar, et al vs. Station Operators Inc.                                                              Page 1 of 1