IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VASANT THAKKAR and PRAFULLA THAKKAR, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 CV 3344 |
| v. | ) ) ) | Judge Pallmeyer Magistrate Judge Cox |
| STATION OPERATORS INC. d/b/a EXXONMOBILE CORS, EXXONMOBILE OIL CORP. and KELLY BISSIAS, | ) ) ) ) | |
| Defendants. | ) | |

**REPORT OF THE PARTIES' FRCP 26(f) PLANNING
MEETING AND PROPOSED DISCOVERY PLAN**

1.  **Meeting.** Pursuant to FRCP 26(f), a meeting was held on Monday, July 28, 2008 at 2:00 p.m., at the law offices of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. and was attended by:

    | | |
    |---|---|
    | Jeffery P. Gray, Esq. | Tracey L. Truesdale |
    | 27475 Ferry Rd. | OGLETREE, DEAKINS, NASH, |
    | Warrenville, IL 60555 | SMOAK & STEWART, P.C. |
    | Attorney for Plaintiffs | 20 S. Clark St., 25th Floor |
    | | Chicago, IL 60603 |
    | | Attorney for Defendants |

2.  **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

    a.  Discovery will be needed on the following subjects: For Plaintiffs, discovery will be needed on Defendants' treatment of similarly situated employees, Defendants' corrective and progressive discipline, Defendants' decision-making process in terminating Plaintiffs, and any animosity between Defendant Kelly Bissias and

Plaintiff Vasant Thakkar. For Defendants, discovery will be needed on Plaintiffs' employment with Defendant SOI, Plaintiffs' claims that Defendants SOI and ExxonMobil discriminated against them on the basis of race, national origin and age,[1] Defendants' defenses to those claims, Plaintiffs' claims for damages and Plaintiffs' mitigation of damages.

b. Disclosures pursuant to FRCP 26(a)(1) to be made by **August 29, 2008**. All discovery (including expert discovery) to be commenced in time to be completed by **January 7, 2009**.

c. Plaintiffs expect they will need approximately eight depositions. Defendants expect that they will need approximately **two** depositions.

d. Reports from retained experts under FRCP 26(a)(2) due: From Plaintiffs, by **November 14, 2008**; from Defendants, by **December 15, 2008**.

e. Parties should be allowed until **November 1, 2008** to join additional parties and to amend the pleadings.

f. All potentially dispositive motions should be filed by **January 30, 2009.**
[Note: The court will not consider a summary judgment motion until the parties have first discussed settlement. Any motion for summary judgment must be accompanied by a statement signed by lead counsel for both parties certifying that they have engaged in good faith settlement efforts.]

g. Final pretrial order: Plaintiffs to prepare proposed draft by **February 13, 2009;** parties to file joint final pretrial order by **February 27, 2009**.

---

[1] Defendants will not require discovery on marital status discrimination based on Plaintiffs' representation that they will be dismissing the Illinois Human Rights Act claims set forth in Counts IV and V of their Complaint.

2

  h.  The case should be ready for trial by **March 16, 2009**, and at this time is expected to take approximately **3 days**.

3.  **Settlement.**  At least 14 days prior to the FRCP 16(b) scheduling conference, plaintiff(s) is directed to make a written settlement demand to the defendant(s). At least 7 days prior to the scheduling conference defendant(s) is to respond in writing to the plaintiff's settlement demand.

4.  **Consent.**  The parties **do not** consent unanimously to proceed before a Magistrate Judge.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| VASANT THAKKAR and PRAFULLA THAKKAR | STATION OPERATORS INC., EXXONMOBIL OIL CORPORATION and KELLY BISSIAS |
| By: /s/ Jeffery P. Gray<br>  Attorney for Plaintiffs | By: /s/ Tracey L. Truesdale<br>  One of Defendants' Attorneys |
| Jeffery P. Gray (ARDC No. 6180257)<br>27475 Ferry Road<br>Warrenville, IL 60555<br>(630) 717-2761 | Tracey L. Truesdale (ARDC No. 06207891)<br>OGLETREE, DEAKINS,<br> NASH, SMOAK & STEWART, P.C.<br>20 S. Clark St., 25th Floor<br>Chicago, IL 60603<br>(312) 558-1220 |

Dated: August 6, 2008

*c/m: 003984-34*

3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 6th day of August, 2008, the foregoing **REPORT OF THE PARTIES' FRCP 26(f) PLANNING MEETING AND PROPOSED DISCOVERY PLAN** was filed electronically. Pursuant to Local Rule 5.9, Notice of this filing will be sent to all Filing Users by operation of the Court's electronic filing system, and such Notice of Electronic Filing constitutes service upon such Filing Users, including counsel identified below. Parties may access this filing through the Court's system.

> Jeffery P. Gray, Esq.
> 27475 Ferry Rd.
> Warrenville, IL 60555
> Attorney for Plaintiffs

> /s/ Tracey L. Truesdale