# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 3344 |
|---|---|

Vasant Thakkar and Prafulla Thakkar, (Plaintiffs)
v.
Station Operators Inc. d/b/a ExxonMobile Cors,
ExxonMobile Oil Corp. and Kelly Bissias, (Defendants)

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Station Operators Inc., ExxonMobil Oil Corporation, and Kelly Bissias (Defendants)

| NAME (Type or print) |
|---|
| Matthew S. Levine |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Matthew S. Levine |

| FIRM |
|---|
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |

| STREET ADDRESS |
|---|
| Two First National Plaza, 20 South Clark Street, Suite 2500 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6293222 | 312/558-1236 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐