IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VASANT THAKKAR and PRAFULLA THAKKAR, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 CV 3344 |
| v. | ) ) | Judge Pallmeyer |
| | ) | Magistrate Judge Cox |
| STATION OPERATORS INC. d/b/a EXXONMOBILE CORS, EXXONMOBILE OIL CORP. and KELLY BISSIAS, | ) ) ) ) ) | |
| Defendants. | | |

## NOTICE OF MOTION

TO:  Jeffery P. Gray, Esq.
     27475 Ferry Rd.
     Warrenville, IL 60555
     Attorney for Plaintiffs

PLEASE TAKE NOTICE that on **Tuesday, August 19, 2008, at 8:45 a.m.**, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Rebecca R. Pallmeyer, United States District Court Judge, in Room 2119, the courtroom usually occupied by her in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other Judge as then may be sitting in her place, and shall then and there present the **Defendant Kelly Bissias' Motion to Dismiss Count VI of Plaintiffs' Complaint**, a copy of which is hereby served upon you.

                                KELLY BISSIAS

                                By:  /s/ Tracey L. Truesdale
                                     One of Defendant's Attorneys

Robert P. Casey (ARDC No. 00409049)
Tracey L. Truesdale (ARDC No. 06207891)
Matthew S. Levine (ARDC No. 6293222)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
20 S. Clark Street, 25th Floor
Chicago, IL  60603
312-558-1220                                    Dated: August 7, 2008

*c/m: 003984-34*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on August 7, 2008, the foregoing NOTICE OF MOTION was served by email transmission and first-class mail, postage prepaid, upon:

> Jeffery P. Gray, Esq.
> 27475 Ferry Rd.
> Warrenville, IL 60555
> Attorney for Plaintiffs

By: /s/ Tracey L. Truesdale
 One of Defendants' Attorneys

6561843.1 (OGLETREE)