# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3344 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Vasant Thakkar vs. Station Operators Inc. | | |

**DOCKET ENTRY TEXT**

Defendant Kelly Bissias' motion to dismiss Count VI of Plaintiff's complaint [14] entered and continued for briefing. Reply to be filed by or on 8/26/2008; ruling to be made by mail. Rule 16 conference held. Rule 26(a)(1) disclosures to be made by 8/29/2008. All discovery to close (including expert discovery) 1/7/2009. Reports from retained experts under Rule 26(a)(2) due: From Plaintiff, by 11/14/2008; from Defendants, by 12/15/2008. Parties allowed until 11/3/2008 to join additional parties and to amend the pleadings. Dispositive motions due 1/30/2009. Plaintiff to prepare draft PTO by 2/13/2009; Joint Final Pretrial Order due 2/27/2009. Status hearing set for 10/21/2008 at 9:00.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|